**Order entered January 18, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01097-CR

**JOHN HENRY ALLEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-52271-P**

## ORDER

Before the Court is court reporter Lisabeth Kellett's January 17, 2019 second request for an extension of time to file the reporter's record. We **GRANT the** request and extend the time to file the reporter's record until **February 6, 2019**.

If Ms. Kellett fails to file the record by February 6, 2019, the Court may utilize its available remedies, including ordering that she not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to Lisabeth Kellett and to counsel for the parties.

/s/     CORY L. CARLYLE
JUSTICE